ORAL ARGUMENT NOT YET SCHEDULED

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

|  |  |  |
|---|---|---|
| ROGER G. CHARLES, | ) | |
| | ) | |
| Plaintiff-Appellee, | ) | |
| | ) | |
| v. | ) | No. 13-5359 |
| | ) | |
| OFFICE OF THE ARMED FORCES MEDICAL EXAMINER, et al., | ) | |
| | ) | |
| Defendants-Appellants. | ) | |

**CONSENT MOTION FOR VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Appellate Procedure 42(b), defendants-appellants the Office of the Armed Forces Medical Examiner, et al., hereby respectfully request that this Court dismiss the captioned appeal. Each side shall bear its own costs. Andrew Genser, counsel for plaintiff-appellee, has authorized us to state that he consents to this motion.

1

                                        Respectfully submitted,

                                 /s/ H. Thomas Byron III
                               MARK B. STERN
                                 (202) 514-5089
                               H. THOMAS BYRON III
                                 (202) 616-5367
                               *Attorneys, Appellate Staff*
                               *Civil Division, Room 7260*
                               *Department of Justice*
                               *950 Pennsylvania Avenue, N.W.*
                               *Washington, D.C. 20530-0001*

December 13, 2013

# CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2013, I electronically filed the foregoing Consent Motion For Voluntary Dismissal with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the CM/ECF system. Counsel for the parties listed below are registered CM/ECF users, and have been served by the CM/ECF system:

Andrew M. Genser, Esq.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

 /s/ H. Thomas Byron III
H. THOMAS BYRON III
Attorney