# United States Court of Appeals
### For The District of Columbia Circuit

_____

| | |
|---|---|
| **No. 13-5359** | **September Term, 2013** |
| | 1:09-cv-00199-KBJ |
| | Filed On: December 17, 2013 [1470921] |

Roger G. Charles,

    Appellee

    v.

Office of the Armed Forces Medical Examiner, et al.,

    Appellants

## O R D E R

Upon consideration of appellants' motion to dismiss the appeal, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.

The Clerk is directed to transmit forthwith to the United States District Court for the District of Columbia a certified copy of this order in lieu of formal mandate.

                                        **FOR THE COURT:**
                                        Mark J. Langer, Clerk

                    BY:    /s/
                                        Mark A. Butler
                                        Deputy Clerk